IN THE
# United States District Court
# for the District of Columbia

333 Constitution Avenue N.W., Room 1225
Washington D.C. 20001
Phone: (202) 354-3190

| | |
|---|---|
| ANDREW U. D. STRAW,     ) | Case No.: 1:22-cv-868 |
| *Plaintiff*,            ) | |
|                         ) | Hon. |
| v.                      ) | Judge Presiding |
|                         ) | |
| "FRIVOLOUS" PER FEDERAL LAW, ) | |
| *Defendant(s)*.         ) | JURY TRIAL NOT DEMANDED |

## MOTION FOR CLERK SERVICE

I, *plaintiff* Andrew U. D. Straw make this motion for Clerk of Court service once *in forma pauperis* has been granted:

## FACTS & LAW

1. *In forma pauperis* has been requested with a motion and affidavit. This status has been granted multiple times to me in the past year because I am in poverty and totally and permanently disabled on SSDI, not to mention supporting 4 fatherless children in the Philippines, where I live.

2. FRCP Rule 4(c)(3) allows a plaintiff granted *in forma pauperis* the right to Clerk service of summons and complaint.

3. Given the defendant is the set of all federal rules and statutes that use the term frivolous without any definition of the term, the Attorney General of the United States should be served, electronically as the Clerk can do.

WHEREFORE, upon *in forma pauperis* being granted, I move the Clerk of Court to serve the defendant's attorney, the Attorney General of the United States, a summons generated by the Clerk and the complaint.

I, Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury.  Signed: **March 31, 2022**.

                Respectfully,

                */s/ Andrew U. D. Straw/*

                s/ ANDREW U. D. STRAW
                700 12th ST NW STE 700, PMB 92403
                Washington, D.C. 20005
                Telephone: (847) 807-5237
                andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that I filed the above **MOTION** with the Clerk of the U.S. District Court for DC by email on **March 31, 2022,** at DCDml_Intake@dcd.uscourts.gov. Once filed, it will be available on Pacer.gov for all attorneys of record to see, per the procedures of the Court.

Courtesy copy to: caseview.ecf@usdoj.gov

Respectfully submitted,

*[signature: Andrew U. D. Straw]*

s/ ANDREW U. D. STRAW
700 12th ST NW STE 700, PMB 92403
Washington, D.C. 20005
Telephone: (847) 807-5237
andrew@andrewstraw.com